

# United States District Court
# Eastern District of California

| Indus Insurance Agency, Inc., et al. |
Plaintiff(s)

V.

| Nationwide Mutual Insurance Company, et al. |
Defendant(s)

Case Number: 2:22-CV-02022-JAM-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ali I. Haque hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Nationwide Mutual Ins. Co., Nationwide Ins. Co. of America, Nationwide Mutual Capital, LLC and Nationwide Mutual Fire Ins. Co.

On 11/07/2011 (date), I was admitted to practice and presently in good standing in the Ohio Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/18/2022         Signature of Applicant: /s/ Ali I. Haque

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ali I. Haque |
| Law Firm Name: | Baker Hostetler LLP |
| Address: | 200 S. Civic Center Drive |
| | Suite 1200 |
| City: | Columbus   State: OH   Zip: 43215 |
| Phone Number w/Area Code: | (614) 462-2605 |
| City and State of Residence: | Plain City, Ohio |
| Primary E-mail Address: | ahaque@bakerlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Victoria Weatherford |
| Law Firm Name: | Baker Hostetler LLP |
| Address: | Transamerica Pyramid Center |
| | 600 Montgomery Street, Ste. 3100 |
| City: | San Francisco   State: CA   Zip: 94111-2806 |
| Phone Number w/Area Code: | (415) 659-2634   Bar #: 267499 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 22, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE