# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUS INSURANCE AGENCY, INC., a California Corporation and AVERWOOD INSURANCE SERVICES, INC., a California Corporation,<br><br>Plaintiffs,<br>vs.<br>NATIONWIDE MUTUAL INSURANCE COMPANY, a Ohio Corporation; NATIONWIDE INSURANCE COMPANY OF AMERICA, a Ohio Corporation; NATIONWIDE MUTUAL CAPITAL, LLC, a Ohio Limited Liability Company; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, a Ohio Corporation, and DOES 1 through 10, inclusive,<br>Defendants. | Case No. **2:22-CV-02022-JAM-JDP**<br><br>**ORDER CONTINUING MEET AND CONFER AND FILING OF JOINT STATUS REPORT**<br><br>Complaint Filed: November 8, 2022<br><br>Motion to Remand Filed: December 12, 2022<br>Hearing: January 24, 2023<br><br>Motion to Stay and Motion to Compel Arbitration Filed: December 23, 2022<br>Hearing: February 14, 2023<br><br>Dept:     Courtroom 6<br>Judge:    Hon. John A. Mendez |

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

1. The parties' deadline to confer and to submit a joint status report pursuant to FRCP 26(f) is hereby reset, from January 9, 2023, to within 30 days following the resolution of Plaintiffs' Motion to Remand (ECF No. 15), Defendants' Motion to Compel Arbitration (ECF No. 20), and Defendants' Motion to Stay (ECF No. 21).

/ / /

/ / /

/ / /

2. An initial case management conference shall be rescheduled, and a scheduling order may issue, once the parties confer pursuant to Rule 26(f) and submit a joint status report under the terms of paragraph 1 of this Order.

Dated: January 3, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE